%AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     **GUAM**

UNITED STATES OF AMERICA

V.

XIAO JIAN YANG

**WARRANT FOR ARREST**

Case Number: CR-04-00011-002

**FILED**
**DISTRICT COURT OF GUAM**

NOV - 1 2007

**JEANNE G. QUINATA**
**Clerk of Court**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     **XIAO JIAN YANG**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    **X** Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

charging him or her with (brief description of offense)

**ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE CONDITIONS SHOULD NOT BE REVOKED**
**(See Attached Petition and Violation Report)**

in violation of Title _____ United States Code, Section(s) _____

**VIRGINIA T. KILGORE**
Name of Issuing Officer

**DEPUTY CLERK**
Title of Issuing Officer

Signature of Issuing Officer

**JULY 20, 2005, HAGATNA, GUAM**
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| Upper Tumon, Guam |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 7-20-05 | TFO R I Quichocho | |
| DATE OF ARREST | | |
| 11-01-07 | | |

**ORIGINAL**



AO 442 (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____