**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
REVOCATION**

CASE NO.: CR-04-00011-002                                 DATE: November 01, 2007

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori                               Court Reporter: Wanda Miles
Courtroom Deputy: Francine A. Diaz/Leilani Toves Hernandez   Electronically Recorded: 1:56:25-2:05:52
CSO: N. Edrosa

---

**APPEARANCES:**

Defendant: Xiao Jian Yang                                  Attorney: Cynthia Ecube
   Present   Custody   Bond   P.R.               Present   Retained   FPD   CJA

U.S. Attorney: Karon Johnson                               U.S. Agent:
U.S. Probation: Judy Ocampo                                U.S. Marshal: M. Cepeda/R. Quichocho
Interpreter: Chung Harrell                                 Language: Mandarin

---

**PROCEEDINGS: Initial Appearance Re: Petition for Revocation of Supervised Release**

- Defense counsel's oral motion for a continuance was <u>granted</u>.
- Preliminary Revocation Hearing set for: <u>November 8, 2007 at 10:15 a.m.</u>
- Defendant remanded to the custody of the U.S. Marshals Service.


NOTES:  The court appointed Cynthia Ecube to represent the Defendant.