DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 04-00011-002 |
|---|---|
| Plaintiff, | |
| vs. | **APPOINTMENT ORDER** |
| **XIAO JIAN YANG,** | |
| Defendant. | |

IT IS HEREBY ORDERED that **CYNTHIA V. ECUBE** is appointed to represent the defendant in the above-entitled case.

Dated this 1st day of November 2007.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge