AO 471 (Rev. 07/07) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

District of Guam

UNITED STATES OF AMERICA

V.

XIAO JIAN YANG

*Defendant*

ORDER OF TEMPORARY DETENTION TO PERMIT REVOCATION OF SUPERVISED RELEASE OR APPROPRIATE DISPOSITION

Case CR-04-00011-002

I find that the defendant

X is, and was at the time the alleged offense was committed:

☐ on release pending trial for a felony under federal, state, or local law.

☐ on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence, for an offense under federal, state, or local law.

X on supervised release for an offense under federal, state, or local law; or

☐ is not a citizen of the United States or lawfully admitted for permanent residence as defined at (8 U.S.C. §1101(a)(20)).

and I further find that the defendant

X poses a risk of non-appearance, or ☐ poses a danger to another person or the community.

I accordingly ORDER the detention of the defendant without bail to and including   November 8, 2007  , which is not more than ten days from the date of this Order, excluding Saturdays, Sundays, and holidays.



/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge

Date:   November 2, 2007 *nunc pro tunc* to November 1, 2007