```
1  LAW OFFICE OF PARK
   East-West Business Center, Suite 113
2  744 N. Marine Corps Drive
   Upper Tumon, Guam 96913
3  Tel:   (671) 647-1200
   Fax:   (671) 647-1211
4  Attorney for Defendant
```



**FILED**
DISTRICT COURT OF GUAM
NOV - 6 2007
JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. |
| Plaintiff, ) | msp CR 04-00011-002 msp |
| vs. ) | |
| XIAO JIAN YANG ) | SUBSTITUTION OF COUNSEL ~~AND ORDER~~ (msp) |
| Defendant. ) | |

COMES NOW, Defendant **XIAO JIAN YANG**, and hereby substitutes **MUN SU PARK**, the **Law Office of Park,** in the place and stead of CYNTHIA ECUBE, in the above-entitled criminal case.

Dated this 5th day of November 5, 2007.

_XIAO JIAN YANG_
XIAO JIAN YANG, Defendant

I accept the above substitution and hereby enter my appearance on behalf of Defendant **XIAO JIAN YANG**.

Date: November 5, 2007

MUN SU PARK, ESQ.

I consent to the above substitution.

Date: 11/5/07

CYNTHIA ECUBE, ESQ.

**ORIGINAL**

Case 1:04-cr-00011  Document 71  Filed 11/06/2007  Page 1 of 1
G:\COURT\FEDERAL\yang-subts.cons.wpd