LAW OFFICE OF PARK
East-West Business Center, Suite 113
744 N. Marine Corps Drive
Upper Tumon, Guam 96913
Tel:  (671) 647-1200
Fax:  (671) 647-1211
Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> XIAO JIAN YANG <br><br> Defendant. | CRIMINAL CASE NO. <br> CR 04-00011-002 <br><br> **DEFENDANT'S RESPONSE TO ORDER TO SHOW CAUSE** |

Defendant **XIAO JIAN YANG**, hereby responds to Order to Show Cause why supervised release conditions should not be revoked as follows:

1. At the time of her sentencing on September 1, 2004, Defendant did not fully understand the requirement of reporting to her probation officer.

2. After her deportation proceeding was over on October 29, 2004, her immigration lawyer in Hawaii told her that she did not have to report to any government agency.

3. Defendant genuinely believed that she did not have to appear to begin supervision release term on November 1, 2004.

4. Upon the request of the government, she and her husband cooperated with the government on November 9, 2005. (Fact Witness Voucher, Exhibit 1)

5. Defendant recently opened a business on Guam and also purchased a condominium on Guam. (Business License under Defendant's Name and Affidavit of Acquisition of Property, Exhibit 2)

//
//
//

ORIGINAL

6. If it is to begin supervision release term from now on, Defendant shall keep her appointments with her probation officer and stay in contact with her probation officer, and comply with all other conditions of her probation for this case to be ultimately concluded.

Dated this 6th day of November 5, 2007.

                                        LAW OFFICE OF PARK
                                        Counsel for Defendant

                                        BY: _____
                                                MUN SU PARK

THIS IS A 4-PART FORM. FILL OUT FORM AND PRINT 4 COPIES. SIGN AS NEEDED AND ROUTE AS SPECIFIED BELOW.

Check One:
- ☐ (was)    ☒ (was not) a United States citizen at the time of attendance
- ☐ (was)    ☒ (was not) a Federal Government employee at the time of attendance
- ☐ (did)    ☒ (did not) receive a cash or check advance.

Total advance issued: $ _____    From: _____

| | |
|---|---|
| Witness Name: YANG XIAO JIAN | Court Doc. No: 05-00083 |
| Social Security Number: ####-##-5426 | Case Name: USA v. Jin Mu, et al. |
| Address: P.O. Box 315886 | District: Guam |
| City: TAMUNING   State: ___   Zip: 96931 | Court Location: Guam |
| Telephone No. (including area code): ███████ | GTA: ☐ Transportation ☐ Lodging |

| PART I - Attendance Certification (by Government Official) (Retention of these fees is considered taxable income and reportable to IRS) | | Object Class | Amounts (Dollars) (To be completed by US Marshals) |
|---|---|---|---|
| **A. Attendance Fees** | | | |
| Deposition Dates _____ | $40 @ ___ days | 1126 | |
| Grand Jury/Trial Attendance Date (Including Travel) 11/9/05 | $40 @ 1 days | 1156 | 40.00 |
| Pretrial Attendance Dates (Including Travel) _____ | $40 @ ___ days | 1194 | |
| Detained Dates - Citizen/Visitor In Custody _____ | $40 @ ___ days | 1193 | |
| Detained Dates - Deportable Alien in Custody _____ | $1 @ ___ days | 1195 | |
| | | Total Fees ($) | 40.00 |

B. Attendance Attestation: I attest that the witness named above attended in the case or matter indicated and is entitled to the statutory allowance for attendance and travel. In proceedings before U.S. Magistrate Judges where more than four witnesses were called, the Magistrate also attests that the approval and certificate of the Litigating Trial Office were first obtained.

Signature: /s/ Karmi V. Johnson     Title of Authorized Government Official: AUSA     Date: 11/10/05

This form is continued on Page 2

Original - USMS Trial District Office
Copy 1 - Paying Office
Copy 2 - DOJ Litigating Trial Office
Copy 3 - Witness

Previous Editions are Obsolete

Form OBD-3
Revised 04/04
USMS 05/05

Exhibit 3

Case 1:04-cr-00011   Document 72   Filed 11/06/2007   Page 3 of 7

Washington, D.C. 20530

# Fact Witness Voucher

| PART II - Allowances | | |
|---|---|---|
| **C. Travel by Carrier** (Receipts required if paid by witness) (DO NOT claim if paid by Government)<br>Check one: ☐ Train  ☐ Airplane  ☐ Bus | 2191 | |
| **D. Travel by Privately Owned Vehicle:** ☐ Auto/Truck/Van  ☐ Motorcycle  ☐ Airplane<br><br>Round trip mileage _____ @ $_____ Per mile = $_____<br>Total no. of trips _____<br>Less advance received $_____ | 2192 | |
| **E. Local Transportation & Other Expenses:** (e.g., subway, bus, taxi, tolls, all parking, etc.)<br>(Receipts required for parking and expenses over $25.00) (Gratuities are limited to taxi and shuttle services up to 15%.)<br>List (item and amount) | 2193 | |
| **F. Meals and Lodging:**<br>1. Travel days (1/2 day's M&IE per day) @ $_____ x _____ Day(s) = $_____<br>2. Days away from home (full day's M&IE per day) @ $_____ x _____ Day(s) = $_____<br>3. Actual cost of lodging, not to exceed $_____ @ $_____ x _____ Day(s) = $_____<br>(DO NOT claim if paid by Government)<br>(Receipts are required if paid by witness)<br>Less advance received $_____ | 2194 | |
| **G. Witness Certification:**<br>I certify that this voucher is true and correct to the best of my knowledge and belief, and that payment or credit has not been received by me. (If not a citizen, present your Alien Registration Record with this form)<br>Witness Signature: YANG XIAO JIAN    Date: 11-9-2005    Alien Registration Record No. | | |
| **H. Claim Verification:**<br>Based upon the above information and receipts furnished by the witness, I verify the above information is true and correct to the best of my knowledge.<br>Signature: [signed]    Title of Authorized Government Official: Legal Assistant    Date: | Net Amount Paid | |

## PART III - Certification

Signature: [signed]    THIS VOUCHER IS CERTIFIED CORRECT AND PROPER FOR PAYMENT
Title of Authorized Certifying Officer: AD    Date:

## PART IV - Disbursement (For Finance Office use only)

Accounting Classification: _____
Check/Draft No.: 25615   dtd 12/01/05    Voucher No. _____
Signature: [signed]    Title of Disbursing Officer    Date

The Privacy Act Statement and instructions for completion of this form are contained on Page 3 of this form.

Form OBD-3
Revised 04/04
USMS 05/05



**DEPARTMENT OF REVENUE AND TAXATION**
**GOVERNMENT OF GUAM**
P.O. Box 23607
Barrigada, Guam 96921
www.guamtax.com

**BUSINESS LICENSE**  SRL NO: 08236

Sole proprietorship  Service  N

**EXPIRES:** JUNE 30, 2008  **ACCOUNT NO.** 13-200701573-001

| | |
|---|---|
| FEE | 50 00 |
| PENALTY | 00 |
| TOTAL FEE | 50 00 |

**ISSUED TO:** YANG, XIAO JIAN

**DOING BUSINESS AS:** LING LING MASSAGE

**TYPE OF LICENSE:** THERAPEUTIC MASSAGE SERVICES

**BUSINESS LOCATION:** LOT 5111-R4 STE 201 PACIFICA PLAZA
#677 NORTH MARINE DR UPPER TUMON GUAM

**MAILING ADDRESS:** P O BOX 315886
TAMUNING GUAM

ZIP: 96931

**TELEPHONE:** HOME           **BUSINESS** 498-1670          9/07/07

*Artemio B. Ilagan*
ARTEMIO B. ILAGAN
DIRECTOR OF REVENUE AND TAXATION

KEEP POSTED IN A CONSPICUOUS PLACE.
LICENSE MUST BE PRODUCED UPON
DEMAND TO ANY AUTHORIZED GOV'T
OFFICIAL.

PAID

Exhibit 2

# AFFIDAVIT

We, **XIAO JIAN YANG AND HAI XUAN ZHOU**, depose and say as follows:

1. That we are Husband and Wife.

2. That we have acquired the following described property:

## UNIT NUMBER 5, CHEN CONDOMINIUM

**LOT NUMBER 5101-3**, (Subdivision of Lot Number 5101), (Formerly of Dededo), **MUNICIPALITY OF TAMUNING**, TERRITORY OF GUAM, ESTATE NUMBER 4109, SUBURBAN, as said Lot is marked and designated on DRAWING NUMBER USS-1-4T70FD, L.M. Check Number 394 FY 70, as described in that Parcelling Map, dated MAY 19, 1970 and recorded MAY 22, 1970, at the Records Division, Department of Land Management, Government of Guam, under Document Number **94948**.

Registered Land, with the LAST REGISTERED OWNER being **HONG KONG HUNAN CORPORATION, a Guam Corporation**, the OWNER OF RECORD being **CHEN CONDOMINIUM HOMEOWNERS ASSOCIATION**, and the CONDOMINIUM UNIT OWNER **STEPHEN C. and JULIE K. NG, Husband and Wife, Jointly**, and the LAST CERTIFICATE OF TITLE REGISTRATION NUMBER being **95463**.

**AREA:** 930 +/- SQUARE METERS

3. That the above described property is to be held **as Joint Tenants with Rights of Survivorship**.

4. This affidavit is made for the purpose of complying with the requirement of Title 21 Guam Code Annotated § 29158.



_XIAO JIAN YANG_  
XIAO JIAN YANG

_Zhou Hai Xuan_  
HAI XUAN ZHOU


Subscribed and sworn before me this __21__ day of ~~AUGUST~~, 2007, by **XIAO JIAN YANG and HAI XUAN ZHOU.**

NOTARY PUBLIC  
My commission expires:  
*E#223.07/EF*

> **JOSE G. CASTRO, JR.**  
> NOTARY PUBLIC  
> In and for Guam, U.S.A.  
> My Commission Expires: Sept. 11, 2010  
> 146 Magalahe St. Maimai Rd. Chalan Pago, GU 96910