**LAW OFFICE OF PARK**
East-West Business Center, Suite 113
744 N. Marine Corps Drive
Upper Tumon, Guam 96913
Tel:   (671) 647-1200
Fax:   (671) 647-1211
Attorney for Defendant

# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00011-002 |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **O R D E R** |
| **XIAO JIAN YANG** | ) | **Granting Substitution of Counsel** |
| Defendant. | ) | |

With the consent of the Defendant and counsel,

IT IS HEREBY ORDERED that MUN SU PARK, is substituted as retained counsel of record for the Defendant in the place and stead of court appointed counsel CYNTHIA V. ECUBE

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Nov 07, 2007